<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7279**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STANLEY HICKMAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-93-144-5-3-BO)

———————

Submitted: October 6, 1998          Decided: October 23, 1998

———————

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Stanley Hickman, Appellant Pro Se. David Paul Folmar, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hickman, No. CR-93-144-5-3-BO (E.D.N.C. July 10, 1998). We note that even if we assume, as Appellant argues, that his conviction became final on October 7, 1997, the date on which the Supreme Court denied his petition for a writ of certiorari, his § 2255 motion nevertheless was untimely filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2